UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLE S. HOWARD,<br><br>           Plaintiff,<br><br>      v.<br><br>UNKNOWN,<br><br>           Defendant. | No. 2:23-cv-01033-DB<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed May 30, 2024, plaintiff was ordered to file a statement demonstrating he meets one of the exceptions to the exhaustion requirement within thirty days. Thirty days from that date have now passed, and plaintiff has not filed a notice, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 12, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Civil/R/howa1033.fta.no.dj